JAMAICA WATER SUPPLY COMPANY, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued November 25, 1952; decided January 15, 1953.

*Charles G. Blakeslee, Arthur McCauley* and *John J. Donohue* for appellant.

*Denis M. Hurley, Corporation Counsel (William A. Marks* and *Seymour B. Quel* of counsel), for respondent.

*Henry Epstein* and *Thomas R. Sternau* for Triborough Bridge and Tunnel Authority, *amicus curiæ,* in support of respondent's position.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.